Dear JOAHN FRAZIER:

Your request concerning your Equifax file or credit score has been received and we are looking forward to serving you. At this time there is a charge for the Equifax credit file and/or score.

The charge for a disclosure is $0.00. Additional reports within 12 months are $5.00. The charge for the credit score is $7.95. If you have a major credit card, you may use our automated ordering system at 1-800-685-1111.

To protect the confidentiality of your file, please forward to us the items listed below.

A copy of one item in **EACH** of the categories below is needed in order to verify your identification and address. The item you choose in the identity category **MUST** contain your Social Security number, and the item you choose in the address category **MUST** contain your *current mailing address* of: *JOAHN FRAZIER, 17573 SHALE DR, HAGERSTOWN MD 21740-2043.*

**IDENTIFICATION (NAME OR SSN)**
*Birth certificate or Marriage certificate with current name
*Pay stub with complete U.S. Social Security number
*W2 form with complete U.S. Social Security number
*Valid Social Security Card
   Note: A work permit only card is not valid proof of a SSN

**CURRENT ADDRESS**
*Driver's license
*Rental/lease agreement/house deed
* Mortgage statement or bank statement
*Utility bill (i.e. gas, cable, residential telephone bill)

To ensure that your request is processed accurately, please enlarge photocopies of any items that contain small print (e.g. driver's license, W2 forms, etc.). To avoid additional delays, keep in mind that if photocopies are not legible or contain highlighting, they may cause us to ask that you resubmit your request with more legible documents.

Please submit the requested identification/address information and this letter to the address below:

**Equifax Information Services LLC**
**P. O. Box 105379**
**Atlanta GA 30348-5379**

If you included payment in the form of a personal check, it has been shredded for your protection. If you included a money order it is being returned to you in a separate mailing. **Please include the correct payment with the new request.**

Thank you for the opportunity to assist you.

Equifax Information Services LLC



Exhibit C