**TransUnion**

File Number: 340836081
Page: 2 of 2
Date Issued: 10/2/2017

# Disclosure Request Form

To receive a copy of your credit report, please complete this form and attach proof of the required information before returning it to TransUnion Consumer Relations. If you wish, you may also use this form to purchase a credit score and have it sent with your credit report.

| Name: | SSN: |
|---|---|
| Current Address: | Previous Address: |
| Other Name(s) Used: | Date of Birth: |

**Proof of Current Address**

Acceptable forms of Current Address verification include copies of two of the following documents that show your Current Address:
a) Driver's license
b) Utility bill
c) Bank or credit union statement
d) Cancelled check
e) Signed homeless shelter letter
f) Stamped post office box receipt
g) Government issued ID
h) State ID card
i) Pay stub

**Proof of Social Security Number**

Acceptable forms of Social Security verification include a copy of one of the following documents that shows your Social Security Number:
a) Social Security card
b) Letter from the Social Security Administration
c) Military ID
d) Medicaid or Medicare card

**Proof of Date of Birth**

Acceptable forms of Date of Birth verification include a copy of one of the following documents that shows your Date of Birth:
a) Birth certificate
b) Driver's license
c) Government issued ID
d) Passport

**Important notes regarding acceptable forms of proof:**
- Utility Bills, Bank or Credit Union Statements, Cancelled Checks and Pay Stubs must not be older than 2 months.
- P.O. Box Receipts and Homeless Shelter Letters must not be older than 12 months.
- We are unable to accept documents that contain a past expiration date as proof.
- Electronic statements printed from a website cannot be accepted as proof.

**Include Payment (if necessary)**

If you would like to receive your TransUnion Consumer Credit Score in addition to the credit report, please provide additional payment.

**TransUnion Credit Score - $9.95**

Check here ☐ to include credit score with credit report.

**Check credit card type:** ☐ MasterCard   ☐ American Express Cards   ☐ VISA   ☐ DISCOVER

**Card Number:** [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]    **Expiration Month/Year:** ___ / ___

You may also pay by sending a check or money order, for the required amount, payable to TransUnion. Once payment is received, we will promptly send you a copy of your credit report (and score if applicable).

Form-950 (Disclosure Request)



Exhibit E

P 7GKF5-002 01241-I002482 02