___ FILED   ___ ENTERED
___ LOGGED  ___ RECEIVED

JAN 2 6 2018

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOAHN BARRON FRAZIER,
*Plaintiff.*

vs

Case No. 1:18-CV-00067-JKB

EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX, INC.,
*Defendants*

TRIAL BY JURY DEMANDED

## PLAINTIFF'S REQUEST FOR SUMMONS

Plaintiff, Joahn Frazier, respectfully requests that summons for all defendants be issued.

Respectfully submitted January 24, 2018

Joahn Frazier, *Pro Se*
P.O. Box 25
Hagerstown, MD 21741
(301) 788-3893
jbakinfrazier@gmail.com