# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOAHN BARRON FRAZIER | * | |
| Plaintiff | * | |
| v | * | Civil Action No. JKB-18-67 |
| EXPERIAN INFORMATION SOLUTION, INC. | * | |
| TRANS UNION LLC | * | |
| EQUIFAX, INC. | * | |
| Defendants | | |
| | ***** | |

## ORDER

The above-captioned self-represented Complaint was filed with the full filing fee. Therefore, Plaintiff bears the responsibility for effecting service of process on Defendants. Plaintiff may effectuate service by presenting summons to the Clerk for signature and seal and then serving a copy of the summons and Complaint on Defendants. Plaintiff has provided summons to the Clerk. Pursuant to Federal Rule of Civil Procedure 4(c)(2), service of a summons and Complaint may be effected by any person who is not a party and who is at least 18 years of age. Plaintiff is reminded that under Rule 4(*l*), the person effecting service of the summons and Complaint must promptly notify the Court,[1] through an affidavit, that he or she has served Defendants.

If there is no record that service was effectuated on Defendants, Plaintiff risks dismissal of this case. Pursuant to Rule 4(m) and Local Rule 103.8.a, if a party demanding affirmative

---

[1] If Plaintiff does not use a private process server, and instead uses certified mail, restricted delivery, return receipt requested, to make service, Plaintiff must file with the Clerk the United States Post Office acknowledgment as proof of service.

relief has not effectuated service of process within 90 days of filing the Complaint, the Court may enter an order asking the party to show cause why the claims should not be dismissed. If the party fails to show cause within the time as set by the Court, the Complaint shall be dismissed without prejudice.

It is SO ORDERED:

1. The Clerk TAKE ALL NECESSARY STEPS to prepare and issue summons and to return summons to Plaintiff. If service copies of the Complaint were provided, the Clerk SHALL RETURN them to the Plaintiff; and
2. The Clerk SHALL SEND a copy of this Order to Plaintiff.

Dated this 6th day of February, 2018.

BY THE COURT:

_____/s/_____
James K. Bredar
Chief Judge