# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| JOAHN BARRON FRAZIER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. **JKB 18 CV 0067** |
| EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, EQUIFAX, INC. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Experian Information Solutions, Inc.
CT Corporation System
351 W Camden Street
Baltimore, MD 21201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joahn B. Frazier
P.O. Box 25
Hagerstown, MD 21741

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/7/18 _____

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| JOAHN BARRON FRAZIER )<br><br>*Plaintiff* )<br>v. )<br>EXPERIAN INFORMATION SOLUTIONS, INC., )<br>TRANS UNION, LLC, EQUIFAX, INC. )<br>*Defendant* ) | Civil Action No. JKB 18 CV 0067 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Trans Union, LLC
CSC-Lawyers Incorporating Service
7 St. Paul Street
Suite 820
Baltimore, MD 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joahn B. Frazier
P.O. Box 25
Hagerstown, MD 21741

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/7/18

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of Maryland

JOAHN BARRON FRAZIER )
)
*Plaintiff* )
v. ) Civil Action No. JKB 18 CV 0067
EXPERIAN INFORMATION SOLUTIONS, INC., )
TRANS UNION, LLC, EQUIFAX, INC. )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Equifax, Inc
The Prentice-Hall Corporation System
7 St. Paul Street
Suite 820
Baltimore, MD 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joahn B. Frazier
P.O. Box 25
Hagerstown, MD 21741

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/7/18

*Signature of Clerk or Deputy Clerk*