# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND (BALTIMORE)

| | |
|---|---|
| JOAHN BARRON FRAZIER,<br>　　　Plaintiff, | CASE NO. 1:18-cv-00067-JKB |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS,<br>INC.; TRANS UNION, LLC; and<br>EQUIFAX, INC.<br>　　　Defendants. | |

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

　　Enter my appearance as counsel in this case for Trans Union, LLC.

　　I certify that I am admitted to practice in this Court.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s/ Robert J. Schuckit
　　　　　　　　　　　　　　　　　　　　Robert J. Schuckit, Esq. (MD Federal Bar #14125)
　　　　　　　　　　　　　　　　　　　　Schuckit & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　4545 Northwestern Drive
　　　　　　　　　　　　　　　　　　　　Zionsville, IN  46077
　　　　　　　　　　　　　　　　　　　　Telephone:  (317) 363-2400
　　　　　　　　　　　　　　　　　　　　Fax:  (317) 363-2257
　　　　　　　　　　　　　　　　　　　　E-Mail:  rschuckit@schuckitlaw.com

　　　　　　　　　　　　　　　　　　　　*Lead Counsel for Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **19th day of February, 2018**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **19th day of February, 2018**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Joahn Barron Frazier<br>P.O. Box 25<br>Hagerstown, MD 21741 | |
|---|---|

*/s/ Robert J. Schuckit*
Robert J. Schuckit, Esq. (MD Federal Bar #14125)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400
Fax: (317) 363-2257
E-Mail: rschuckit@schuckitlaw.com

*Lead Counsel for Trans Union, LLC*