# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Joahn Barron Frazier                             *

          vs.                             *        Case No.     1:18-cv-00067-JKB

Experian Information Solutions, Inc., et al.     *
                                   ******

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

☐     I certify, as party/counsel in this case that _____
                                                                      (name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

☒     The following corporate affiliations exist with  Trans Union LLC (improperly identified as Transunion Consumer Solutions and Transunion Corp.                    :
                                                                      (name of party)

  See attachment                                                                                                 .
                                  (names of affiliates)

☐     The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____
(names of entities with possible financial interests)

| February 19, 2018 | /s/ Robert J. Schuckit |
|---|---|
| Date | Signature |
| | Robert J. Schuckit        14125 |
| | Printed Name               Bar Number |
| | 4545 Northwestern Drive |
| | Address |
| | Zionsville, IN  46077 |
| | City/State/Zip |
| | (317) 363-2400       (317) 363-2257 |
| | Phone No.                      Fax No. |

# Joahn Barron Frazier v. Experian Information Solutions, Inc., et al.

# In The United States District Court For The District Of Maryland

Corporate affiliates of Trans Union LLC (improperly identified as Transunion Consumer Solutions and Transunion Corp.):

Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc., formerly known as TransUnion Corp. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion, formerly known as TransUnion Holding Company, Inc. TransUnion is a publicly traded entity. Advent International Corp. and GS Capital Partners, an affiliate of Goldman Sachs Group, Inc., a publicly traded entity, together own a majority of the stock in TransUnion.

No public company directly owns 10% or more of the stock in Trans Union LLC. TransUnion, a publicly traded entity, owns more than 10% of the stock in TransUnion Intermediate Holdings, Inc. Goldman Sachs Group, Inc., a publicly traded entity, through GS Capital Partners, owns more than 10% of the stock in TransUnion.