**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division**

| | |
|---|---|
| JOAHN BARRON FRAZIER,<br><br>      Plaintiffs,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)  Case No. 1:18-cv-67-JKB<br>)<br>)  Judge: James K. Bredar<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Jon G. Heintz as an attorney for Defendant Experian Information Solutions, Inc.

Dated:  March 1, 2018                                  Respectfully Submitted:

                                                         */s/ Jon G. Heintz*
                                                         Jon G. Heintz (D. Md. Bar No. 13001)
                                                         JONES DAY
                                                         51 Louisiana Avenue, NW
                                                         Washington, DC 20001
                                                         T: (202) 879-3819
                                                         F: (202) 626-1700
                                                         jheintz@jonesday.com

                                                         *Counsel for Defendant*
                                                         *Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was filed on March 1, 2018, with the Court via the CM/ECF system, causing it to be served on all counsel of record. In addition, a copy of the foregoing was mailed to pro se Plaintiff at the address listed below.

>
> Joahn Barron Frazier
> P.O. Box 25
> Hagerstown, MD 21741

>
> Respectfully submitted,
>
> */s/ Jon G. Heintz*
> Jon G. Heintz (D. Md. Bar No. 13001)
> JONES DAY
> 51 Louisiana Avenue, NW
> Washington, DC  20001
> T: (202) 879-3819
> F: (202) 626-1700
> jheintz@jonesday.com
>
> *Counsel for Defendant*
> *Experian Information Solutions, Inc.*