# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## Baltimore Division

| | |
|---|---|
| JOAHN BARRON FRAZIER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:18-cv-67-JKB |
| | ) Judge: James K. Bredar |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | ) |
| Defendants. | ) |

## EXPERIAN INFORMATION SOLUTIONS, INC.'s
## DISCLOSURE OF CORPORATE INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3, Defendant Experian Information Solutions, Inc. ("Experian"), states the following:

1. The ultimate parent company of Experian is Experian plc.

2. The following companies are the U.S.-based subsidiaries of Experian plc that are not wholly owned:

   a. Central Source LLC;

   b. Online Data Exchange LLC;

   c. New Management Services LLC;

   d. VantageScore Solutions LLC;

   e. Opt-Out Services, LLC.

3. Experian plc owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated:  March 1, 2018            Respectfully Submitted:

                                       */s/ Jon G. Heintz*
Jon G. Heintz (D. Md. Bar No. 13001)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
T: (202) 879-3819
F: (202) 626-1700
jheintz@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was filed on March 1, 2018, with the Court via the CM/ECF system, causing it to be served on all counsel of record. In addition, a copy of the foregoing was mailed to pro se Plaintiff at the address listed below.

        Joahn Barron Frazier
        P.O. Box 25
        Hagerstown, MD 21741

        Respectfully submitted,

        */s/ Jon G. Heintz*
        Jon G. Heintz (D. Md. Bar No. 13001)
        JONES DAY
        51 Louisiana Avenue, NW
        Washington, DC  20001
        T: (202) 879-3819
`       F: (202) 626-1700
        jheintz@jonesday.com

        *Counsel for Defendant*
        *Experian Information Solutions, Inc.*