UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

MAR 07 2018

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| JOAHN BARRON FRAZIER,<br>*Plaintiff.*<br><br>vs<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX, INC.,<br>*Defendants* | Case No: 1:18-cv-00067-JKB<br><br>TRIAL BY JURY DEMANDED |

## PROOF OF SERVICE

Plaintiff, Joahn Frazier, is submitting proof of service regarding Equifax, Inc., Experian Information Solutions, Inc., and Trans Union, LLC in the form of USPS green return receipts (PS Form 3811).

Respectfully submitted this 5th day of March 2018,

*/s/ Joahn Frazier*

Joahn Frazier

P.O. Box 25

Hagerstown, MD 21741

(301) 788-3893

jbakinfrazier@gmail.com

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Experian Inf Solutions, Inc
CT Corporation System
351 W. Camden ST
Baltimore MD 21201

9590 9402 3308 7196 9849 14

**2. Article Number** *(Transfer from service label)*

7016 1370 0001 8038 0216

## COMPLETE THIS SECTION ON DELIVERY

**A. Signature**

X _____
☐ Agent
☐ Addressee

**B. Received by** *(Printed Name)* — P Syddaw — **C. Date of Delivery** FEB

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

**3. Service Type**
- ☒ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) \| C. Date of Delivery |
| 1. Article Addressed to:<br>Trans Union/CSC Lawyers<br>7 St. Paul St Suite 820<br>Baltimore, MD 21202 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>TRANSUNION/CSC LAWYERS<br>7 ST. PAUL ST Suite 820<br>Baltimore, MD 21202 |
| 9590 9402 3308 7196 9849 07 | 3. Service Type<br>☑ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) \| ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7016 1370 0001 8038 0193 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): J. Kennelly C. Date of Delivery |
| 1. Article Addressed to:<br>EQUIFAX, Inc /The Prentice Hall<br>7 ST Paul Street Suite 820<br>Baltimore MD 21202 | D. Is delivery address different from item 1? ☑ Yes<br>If YES, enter delivery address below: ☐ No |

9590 9402 3308 7196 9848 91

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7016 1370 0001 8038 0209

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt