_____ FILED          _____ ENTERED
_____ LODGED       _____ RECEIVED

MAR 2 2 2018 *bb*

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY                              DEPUTY

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JOAHN BARRON FRAZIER,** ) | |
| *Plaintiff.* ) | |
| ) | **Case No. 1:18-CV-00067-JKB** |
| **vs** ) | |
| ) | |
| **EXPERIAN INFORMATION** ) | |
| **SOLUTIONS, INC.; TRANS UNION** ) | |
| **LLC; EQUIFAX, INC.,** ) | |
| *Defendants* ) | |
| ) | |
| ) | **TRIAL BY JURY DEMANDED** |
| ) | |

### PLAINTIFF'S AMENDED COMPLAINT

Plaintiff, Joahn Frazier, submits her proposed Amended Complaint and clean Amended Complaint to the Court with the consent of all Defendants. There are no additional counts or exhibits added, only an additional Defendant (Equifax Information Services, LLC) to be added to the Complaint.


Respectfully submitted March 20, 2018,


Joahn Frazier, *Pro Se*
P.O. Box 25
Hagerstown, MD 21741
(301) 788-3893
jbakinfrazier@gmail.com

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was

served upon the individual(s) listed below by first class mail, postage prepaid on this 20th day of

March, 2018 to:

Jon G. Heintz
Jones Day
51 Louisiana Ave
Washington, DC 20001

Scott E. Brady
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077

Nathan D. Adler
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202-3201

Joahn Frazier, *Pro Se*
P.O. Box 25
Hagerstown, MD 21741
(301) 788-3898
jbakinfrazier@gmail.com