P.O. Box 25
Hagerstown, MD
21741

United States District Court
Court Clerk
101 W. Lombard St
Baltimore, MD 21201



USPS
1000
21201

U.S. POSTAGE PAID
HAGERSTOWN, MD
21740
MAR 20 18
AMOUNT
$2.47
R2304W120071-09