FILED ___ ENTERED
LODGED ___ RECEIVED

MAR 29 2018

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**JOAHN BARRON FRAZIER,**
*Plaintiff.*

vs

**EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX, INC.,**
*Defendants*

Case No. 1:18-CV-00067-JKB

**TRIAL BY JURY DEMANDED**

## PLAINTIFF REQUESTS SUMMONS FOR EQUIFAX INFORMATION SERVICES, LLC

Plaintiff, Joahn Frazier, submitted her proposed Amended Complaint and clean Amended Complaint to the Court on March 20, 2018, along with a summons for Equifax Information Services, LLC. That summons was not recorded on docket No. 15 as being received. Plaintiff again requests that the Court issue the summons for the above mentioned party.

Respectfully submitted March 27, 2018,

Joahn Frazier, *Pro Se*
P.O. Box 25
Hagerstown, MD 21741
(301) 788-3893
jbakinfrazier@gmail.com