Www. Equifax. Com/fcra
Atlanta GA 30348

November 4, 2017

**EQUIFAX**

 To Start An Investigation, Please Visit Us At:
www.investigate.equifax.com



000000743 F0ECE1105171107120000 01 000000
002688895-180
JOAN B FRAZIER
PO BOX 25
HAGERSTOWN, MD 21741-0025



EXHIBIT A