IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JOAHN BARRON FRAZIER,** * | |
| Plaintiff * | |
| v. * | CIVIL NO. JKB-18-0067 |
| **EXPERIAN INFO. SOLS., INC.,** *et al.,* * | |
| Defendants * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In accordance with the foregoing memorandum, it is hereby ORDERED:

1. The motion of Defendant Equifax Inc. to dismiss Plaintiff's complaint (ECF No. 11) is MOOT.

2. The motion of Defendant Equifax Inc. and the putative defendant, Equifax Information Services, LLC, to dismiss Plaintiff's First Amended Complaint (ECF No. 18) is GRANTED.

3. Equifax Inc. is DISMISSED as a party in the case. The case will proceed against Defendants Experian Information Solutions Inc. and Trans Union LLC.

DATED this __6__ day of August, 2018.

BY THE COURT:

_/s/ James K. Bredar_
James K. Bredar
Chief Judge