# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### Baltimore Division

| | |
|---|---|
| JOAHN BARRON FRAZIER,<br><br>   Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>   Defendants. | Case No. 1:18-cv-00067-JKB<br><br>Judge: James K. Bredar |

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
## MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(c), hereby submits this Motion for Judgment on the Pleadings. Experian respectfully requests that the Court enter judgment in Experian's favor on all of Plaintiff's FCRA claims.

Dated:  September 24, 2018

Respectfully submitted,

 /s/ *Jon G. Heintz*

Jon G. Heintz (D. Md. Bar No. 13001)
JONES DAY
51 Louisiana Ave., NW
Washington, D.C. 20001
T: (202) 879-3819
jheintz@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed on September 24, 2018, with the Court via the CM/ECF system, causing it to be served on all CM/ECF users.  In addition, a copy of the foregoing was mailed to Plaintiff at the address listed below:

>Joahn Barron Frazier
>P.O. Box 25
>Hagerstown, MD 21741

Dated:  September 24, 2018

Respectfully submitted,

 /s/ *Jon G. Heintz*

Jon G. Heintz (D. Md. Bar No. 13001)
JONES DAY
51 Louisiana Ave., NW
Washington, D.C. 20001
T: (202) 879-3819
jheintz@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*