IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| JOAHN BARRON FRAZIER, | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-18-0067 |
| EXPERIAN INFO. SOLS., INC., *et al.*, | * | |
| Defendants | * | |

## MEMORANDUM

Plaintiff filed this lawsuit alleging that three credit reporting agencies failed to disclose information in her credit file to her upon request. (Compl., ECF No. 1.) In response to her amended complaint (ECF No. 15), Defendants Trans Union LLC and Experian Information Solutions, Inc., filed answers denying liability (ECF Nos. 17, 20), while Defendant Equifax Inc. filed a motion to dismiss for failure to state a claim for relief (ECF No. 18). The Court concluded that the amended complaint, in fact, failed to state a plausible claim for relief and granted Equifax's motion.

Now pending before the Court is Experian's motion for judgment on the pleadings (ECF No. 26), to which Plaintiff has filed no response. Such a motion is analyzed under the same standard as a motion to dismiss for failure to state a claim for relief. *Walker v. Kelly*, 589 F.3d 127, 139 (4th Cir. 2009). For the reasons stated earlier in the Court's opinion granting Equifax's motion, Experian's motion will be granted by separate order.

DATED this 31 day of October, 2018.

BY THE COURT:

James K. Bredar
Chief Judge