UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND (BALTIMORE)

---

JOAHN BARRON FRAZIER,            CASE NO. 1:18-cv-00067-JKB
    Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS,
INC.; TRANS UNION, LLC; and
EQUIFAX, INC.
    Defendants.

---

### STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY

---

Plaintiff Joahn Barron Frazier ("Plaintiff"), pro se, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: 11-14-18

Joahn Barron Frazier
P.O. Box 25
Hagerstown, MD 21741

*Pro Se Plaintiff*

Date: 11/28/18

*(signature)*

Robert J. Schuckit, Esq. (MD Federal Bar #14125)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400
Fax: (317) 363-2257
E-Mail: rschuckit@schuckitlaw.com

*Lead Counsel for Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 28 day of November, 2018. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Jon G. Heintz, Esq. | Nathan D. Adler, Esq. |
| jheintz@jonesday.com | nda@nqgrg.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the 28th day of November, 2018, properly addressed as follows:

| **Pro Se Plaintiff** Joahn Barron Frazier P.O. Box 25 Hagerstown, MD 21741 | |

Robert J. Schuckit, Esq. (MD Federal Bar #14125)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400
Fax: (317) 363-2257
E-Mail: rschuckit@schuckitlaw.com

*Lead Counsel for Trans Union, LLC*